UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUZMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SYSCO CORPORATION, a Delaware corporation, SYSCO VENTURA, INC., a Delaware corporation<br><br>　　　　Defendants. | Case No. CV13-00800-JCG<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE – ENTIRE ACTION** |

Based on the parties' Joint Stipulation for Dismissal with Prejudice — Entire Action, this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party to this litigation shall bear his/its own costs and attorneys' fees in this action.

IT IS SO ORDERED.

Dated: January 7, 2014

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. CV13-00800-JCG